

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:     01-09-00735-CV

Style:     William David Golden

         **v** Janet Sue Golden

Date motion filed[*]:     February 28, 2013

Type of motion:     Motion for Extended Filings of Pleadings

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing

       Appellant's motion to extend the time to file his motion for rehearing is GRANTED and appellant's motion for rehearing is deemed timely filed.

Judge's signature: /s/ Justice Rebeca Huddle
           ☑ Acting individually     ☐ Acting for the Court

          Panel consists of _____.

Date: March 4, 2013